UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 06-80360-CIV-HURLEY/HOPKINS

DOMINIQUE JACKSON,

       Plaintiff,

vs.

WALGREEN CO.,

       Defendant.

_____/

**DEFENDANT'S EXHIBIT LIST**

**A.**     **Exhibits Defendant Expects To Offer**

1.     Dominique Jackson – Corrective Action History

2.     Charge of Discrmination filed by Dominique Jackson

3.     Plaintiff's earnings history records

4.     Plaintiff's employment application

5.     Function Leader Informational Posting

6.     Plaintiff's time records

7.     Defendant's employee handbook/orientation guide

8.     Disciplinary Report – Final Disciplinary Warning to Dominique Jackson dated 8/1/03

9.     Disciplinary Report – Tardy – Step #3 Final Written Warning to Dominique Jackson dated 9/16/03

10.     Multiple Violations Warning – Corrective Action Notification to Dominique Jackson dated 9/16/03

11.     Review for Termination memo to Dominique Jackson dated 9/30/03

12.     Handwritten statement of Frederick Walker dated 10/2/03

13.     Handwritten statement of Jay Holman dated 10/2/03

14.     Handwritten statement of Keith Trainor dated 10/2/03

15.     Handwritten statement of Dominique Jackson (Undated)

16.     Attendance Review re Dom Jackson dated 9/24/03

17.     Typewritten notes re Dominique Jackson dated 10/3/03

18.     Message from Aurelie Monroe dated 10/2/03 re Issue on Receiving 2nd

19.     Disciplinary Report to Dom Jackson dated 9/24/03

20.     Documents obtained from Home Depot

21.     Documents obtained from Lowe's

**B.     <u>Documents Defendant May Offer If the Need Arises</u>**

1.      Documents from personnel files re D. Jackson

2.      Documents obtained from Florida Agency for Workforce Innovation

3.      Documents obtained from TALX UCM Services, Inc.

4.      Documents obtained from the Equal Employment Opportunity Commission

5.      Documents obtained from the Palm Beach Office of Equal Opportunity

6.      Documents obtained from the Florida Commission on Human Relations

7.      Plaintiff's medical records

8.      Documents obtained from Express Services, Inc.

9.      All exhibits listed by Plaintiff and not objected to by Defendant

10.     All rebuttal exhibits

11.     All impeachment exhibits

Defendant reserves the right to add additional exhibits to the exhibit list upon learning of

any other exhibits through any additional discovery produced or compelled to be produced or

any subsequent deposition ordered to be taken with respect to any outstanding discovery issue

before the Court.

DATED this 21st day of February, 2008.

_s/ Gaye L. Huxoll_
Lori A. Brown, Florida Bar No. 846767
E-mail: labrown@littler.com
Gaye L. Huxoll, Florida Bar No. 149497
E-mail: ghuxoll@littler.com
LITTLER MENDELSON, P.C.
2 S. Biscayne Boulevard, Suite 1500
Miami, Florida 33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2008, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the CM/ECF participants identified below.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to any non-CM/ECF participants

identified at the time of electronic filing.

_s/ Gaye L. Huxoll_
Gaye L. Huxoll

**<u>SERVICE LIST</u>**
**Dominique Jackson v. Walgreen Co.**
**Case No. 06-80360-Civ-Hurley/Hopkins**
**U.S. District Court, Southern District of Florida**

Janice L. Jennings, Esq.
E-mail: jenningslaw@gmail.com
P.O. Box 243051
Boynton Beach, Florida 33424
Telephone: (561) 687-8887
Facsimile:  (561) 687-8187
*Attorney for Plaintiff*
(Served via Notice of Electronic Filing)

Lori A. Brown, Esq.
E-mail: labrown@littler.com
Gaye L. Huxoll, Esq.
E-mail: ghuxoll@littler.com
Littler Mendelson, P.C.
2 S. Biscayne Boulevard
One Biscayne Tower, Suite 1500
Miami, Florida  33131-1804
Telephone: (305) 400-7500
Facsimile:  (305) 603-2552
*Counsel for Defendant*