UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

DOMINIGUE JACKSON,

        Plaintiff,

vs.

WALGREEN COMPANY,

        Defendant.

_____/

Case No.: 06-80360-CIV-HURLEY/HOPKINS

FILED by _____ D.C.

JUL - 9 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff, DOMINIGUE JACKSON, by and through his undersigned counsel, hereby submits to the Court proposed questions to be asked of each prospective juror in the above-referenced case.

1. Have you or any member of your family ever been employed by a Walgreen Company or at a Walgreen's store?

2. Are you, or any member of your family, acquainted with any person(s) so employed?

3. How do you now feel about the verdict in this case?

4. Have you or any member of your family ever been employed as a manager of a company or a manager in a corporation? If yes, give information regarding that type of managerial duties performed.

    [ Does that managerial experience make you feel either favorable or unfavorable toward the Plaintiff ?]

5. The Plaintiff in this case is a foreign born person from Haiti. We are in court today because he has presented a claim that Walgreen's unlawfully retaliated against him; do you feel that by reason of his nationality and the type of claim he has stated against Walgreen's that you might be influenced to decide this case in a certain way?

6. Do you have some fear that something might arise in the course of trial that might be related to your work or employer?

7. Do you have any feeling that the testimony of persons who are managers should be believed because of that status of being in management and that status alone?

8. Do you have any close friends who are engaged in any way with Walgreen?

9. Would the fact that the Defendant is from the Haiti make it more difficult for you to accept proof of the elements of the claim of retaliation, than it would be for you to accept such proof from any other plaintiff who is not of Haitian dissent?

10. Would the fact that you will hear that the Plaintiff was referred to as "Stupid Haitian", make you think less of the Plaintiff's intelligence or make it difficult for you to render a fair verdict on the retaliation claim in this case?

11. Do you believe that one person of minority status would not make a false statement against Plaintiff who is of a national origin of a different country, but also a minority?

12. Do you have **any** feelings of prejudice toward persons who are of the national origin of Haiti?

13. Do any of you believe that our system of justice has gone too far in protecting the rights of foreign born employees in trials in our civil courts.

2

14. In recent past there has been media attention about immigrants obtaining jobs in America and the consequences to the American-born worker. Do you hold any views about this that would make you uneasy about sitting on this jury or would cause you to be prejudiced for or against a particular side in this case?

15. Would you decide this case on its own facts regardless of the other case or cases on which you have sat in judgment?

16. Do any of you have a belief or hold a view that a foreign born Haitian should not be entitled the same benefits of a fair jury trial that an American citizen or resident is entitled to?

17. Would the fact that the Plaintiff is a foreign born Haitian make it more difficult for you to render a verdict in favor of the Plaintiff than if he were an American?

18. Do you feel that you would in any way be influenced by what you may have heard or seen on TV or read in the newspaper about other cases of this kind, or will you decide based solely on the evidence in this case?

19. Do any of you, for whatever reason, fell that you cannot return a verdict for the Plaintiff even if the evidence shows that the Plaintiff is entitled to it?

20. Is there any reason why you would be embarrassed to return a verdict in favor of the Plaintiff?

21. Do any of you feel you have been personally harmed because of the presence of any Haitian person(s) in this country?

22. Do any of you feel your children or other family members have been personally harmed because of a Haitian person in this country?

23. Do any of you feel your friends have been personally harmed because of any Haitian person?

24. Have you read anything in the newspapers or heard anything over the radio or television about this case?

25. If you have held a position in management of a business, company or corporation have you made the decision to hire someone?

26. If you have held a position in management of a business, company or corporation have you made the decision to fire someone?

27. Have you ever fired a manager?

28. Have you ever fired a manager for retaliating against an employee?

29. If you have held a position in management of a business, company or corporation have you had a role in the employee grievance process?

30. If so what did you do or what was your role within in the grievance process?

31. Of the grievances in which you have had a role, what percentage overall resulted in a favorable decision for the employee?

32. If you have held a position in management of a business, company or corporation have you had a role in the arbitration process regarding employee issues?

33. If so what did you do or what was your role within in the arbitration process?

34. Of the arbitrations you have participated in, what percentage overall resulted in a favorable decision from the employee.

35. If you have held a position in management of a business, company or corporation have you had a role in the mediation process?

36. If so what did you do or what was your role within in the mediation process?

37. Did any of the mediations you participated in result in a favorable decision for the employee.

38. Have you ever had to make a determination of whether or not retaliation had occurred in the workplace?

39. Did you ever determine that retaliation had occurred?

40. On a scale of 1 to 10 with 1 being less important and 10 being most important how important is retaliation against an employee by a manager in an employment setting?

41. Have you ever had the responsibility of writing any policies against retaliation in the workplace?

42. Have you ever disciplined a manager who engaged in retaliation against an employee?

43. On a scale of 1 to 10 with 1 being less important and 10 being most important how important is an open door policy in the work place to employee reporting management misconduct?

44. Have you ever served as a witness in court in an employment case?

45. If so for whom did you testify – management or the employee?

46. If so, was the case before an administrative agency, in state court or in federal court?

47. What type of employment case was it?

48. What was the outcome of that case?

49. Have you discussed this case we are here about today with anyone?

50. Have you expressed or formed an opinion on the Plaintiff's rights in this case?

51. Are you able to set aside other opinions and decide this case solely on the basis of evidence presented in this Court?

52. Do you feel that you might have been so influenced by what you have heard or read that you cannot render an impartial decision in this case?

53. Will you deliberate with your fellow jurors and let them freely exchange ideas?

54. Do you agree that your fellow jurors are entitled to be listened to carefully?

55. Will you participate in a democratic way with your fellow jurors so that all can share their viewpoints on your journey towards deciding this case?

56. Do you have any essential beliefs – religious, moral, racial, personal or those regarding a person's national origin – that will interfere with your following the Court's instructions on the law?

57. When you take your oath as jurors, do you promise to follow the law as given to you by the Court. Will you also promise that you will listen and decide this case based on the evidence and that if the evidence shows that the Plaintiff is entitled to a favorable verdict you will render a verdict for the Plaintiff?

58. In this case you will hear the Plaintiff testify. The Plaintiff speaks with a Haitian accent. Would the fact that the Defendant speaks with an Haitian accent, cause you to believe that the Defendant should not have to carry's its burden of proof in this case.

Respectfully submitted,

*[signature]*

Janice L. Jennings, Esq.
Post Office Box 1013
West Palm Beach, FL  33402
(561) 687-8887 (Telephone)
(561) 687-8617 (Facsimile)

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was provided on this 9th day of July 2008 to Gaye Huxoll and Lori Brown, Littler Mendelson, 2 Biscayne Blvd. One Biscayne Tower Suite 1500 Miami, FL 331310 and via E-Mail to ghuxoll@littler.com, labrown@littler.com and via facsimile transmission to fax number (305) 603-2552 and I further certify that I have filed this document via ____CM/ECF electronic filing/ _✓_ manual filing with the Clerk of this Court.

*[signature]*

JANICE L. JENNINGS