UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 06-80360-CIV-HURLEY/HOPKINS

DOMINIQUE JACKSON,

       Plaintiff,

vs.

WALGREEN CO.,

       Defendant.
_____/

## DEFENDANT'S *VOIR DIRE* QUESTIONS

1. Your full name and spelling of your last name.

2. City of residence (without address).

3. Marital status.

4. Children (number and ages).

5. Education level of children (type if graduate).

6. Your occupation and the occupations of your spouse/significant other (including those persons living with you), and children.

7. How long you, your spouse/significant other (including those persons living with you), and children have held your current employment position.

8. Any former position/occupation, if the above answer is less than two years.

9. Has any prospective juror ever worked in a supervisory capacity?

10. Has any prospective juror with supervisory experience ever had to terminate an employee? If so, describe the circumstances.

11. Has any prospective juror ever been terminated, laid-off or forced to resign from employment? If so, describe the circumstances.

12. Has any prospective juror ever felt that their working conditions were so intolerable that they had to resign their employment? If so, describe the circumstances.

13. Has any prospective juror, or anyone who is a close friend or member of their immediate family, ever been involved with a harassment complaint at work? If so, please describe the dispute.

14. Has any prospective juror, or anyone who is close friend or member of their immediate family, ever raised a concern or complained to their employer about a workplace concern such as harassment, safety issue, rules violations, or other similar issues? If so, please describe what happened.

15. Have you or has any member of your immediate family been retaliated against on your job because you complained about discrimination or harassment?

16. Does any prospective juror feel a bias for or against large retail stores like Walgreens? If so, describe the bias.

17. Has any prospective juror ever worked for Walgreens?

18. Has any prospective juror ever been involved in a dispute with an employer or employee? If so, describe it.

19. Has any member of a prospective juror's immediate family, or a close friend of a prospective juror, been involved in a dispute with an employer or employee? If so, describe it.

20. Does any prospective juror believe that he or she has ever experienced discrimination in the workplace? If so, please explain.

21. Does any prospective juror believe that he or she has ever experienced harassment in the workplace? If so, please explain.

22. Has any member of a prospective juror's immediate family, or a close friend of a prospective juror, ever experienced discrimination or harassment in the workplace? If so, please explain what happened.

23. Has any member of a prospective juror's immediate family, or a close friend of a prospective juror, ever experienced retaliation? If so, for what were you being retaliated against.

24. Has any prospective juror, the juror's immediate family, or a close friend ever experienced an incident of retaliation in the workplace? If so, please describe the incident.

25. Does any prospective juror believe that he or she may be biased either for or against an individual who is suing a corporation?

26. Has anyone on the jury panel ever met or otherwise been acquainted with Domonique Jackson or his attorneys Janice Jennings or Jacob Rose? If so, please explain the relationship and whether the relationship would affect your ability to act as a fair and impartial juror in this case.

27. Has any member of the jury panel ever worked or applied for a position at

Walgreens? If so, please explain the work and state whether the work or application for work would affect your ability to be a fair and impartial juror in this case.

28. Has any member of the jury panel ever met or otherwise been acquainted with any member of counsel present today or their respective law firms?

29. Has any member of the jury panel ever met or otherwise been acquainted with any of the witnesses expected to testify in this matter? [READ LIST OF PLAINTIFF AND DEFENSE WITNESSES]

30. Have any of you filed charges of discrimination with the Equal Employment Opportunity Commission, state workers' compensation agency, state unemployment compensation agency, the National Labor Relations Board, or any other governmental agency? If so, please explain.

31. Have you or any member of your immediate family ever attempted or actually given evidence, deposition testimony, or live testimony in an administrative or court proceeding against your employer? If so, please explain.

32. Has any prospective juror or member of his or her immediate family ever made a claim or filed a lawsuit or had a claim or lawsuit filed against him or her? Has any such suit involved an employment dispute? If the answer to either of the above is yes, please describe.

33. If the answer to the preceding question is yes, does the prospective juror feel that the matter was satisfactorily disposed of?

34. Will the fact that the prospective juror has been involved in litigation affect his or her ability to be a fair and impartial juror in this case?

35. Does any prospective juror oppose the jury system of resolving disputes? (If so, parties respectfully request that the nature of the opposition be elicited outside the presence of the jury venire.)

36. What duties and obligations does an employee owe his/her employer?

37. What duties and obligations does an employer owe its employees?

38. Does anyone think that merely because a company failed to follow its own policies, it must have unlawfully discriminated or retaliated against an employee?

39. The media often claims that companies are only interested in profits and not people. Do any of you agree with the claim? If so, please explain.

40. Have any of you either filed a lawsuit, or known someone close to you to file a lawsuit, against their employer? If yes, for what reason?

41. If you were injured, emotionally, physically or financially, as a result of someone else's wrongdoing or fault, would you consider bringing a lawsuit?

42. Generally, do you think there should be limitations on a person's right to bring a lawsuit?

43. Do any of you believe that you or anyone close to you has ever been unfairly treated by an employer? If yes, please identify and explain the situation.

44. What clubs or organizations do you belong to?

45. Does anyone have a problem not awarding the Plaintiff any money if he does not meet his burden of proof?

46. Does anyone have a problem with the law requiring the Plaintiff to prove his case by a preponderance of the evidence before considering the amount, if any, of money to award?

47. Name the three people you admire most.

48. Are any of you members of a union? If so, what union?

49. Will the fact that the defendant is a business and will be represented by a law firm in any way influence your decision in this case? If so, please explain.

50. Please name the magazines and newspapers that you read most often.

51. Please indicate the primary source from which you get your news, i.e., radio, newspaper, television, and, if television, the specific television program.

52. In this case, Plaintiff claims that Walgreens retaliated against him by terminating his employment because he complained that he believed he had been discriminated against. This is not a case about race or national original discrimination, or retaliation for filing a claim for workers' compensation benefits, but you may hear some testimony relating to allegations of workplace discrimination or workers' compensation retaliation. Does anyone believe that they would be unable to follow the instructions in this case and make a determination solely as to the issue before you, which is whether Walgreens retaliated against Plaintiff for complaining about alleged discrimination, and not be swayed by any testimony or reference to such claims?

53. Do you agree to follow the law in which the judge instructs you and to follow the law precisely, regardless of whether you like the law or agree with it?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

DOMINIGUE JACKSON,

                Plaintiff,        Case No. 06-80360-CIV-HURLYE/HOPKINS

vs.

WALGREEN COMPANY,

                Defendant.
_____/

## PLAINTIFF'S WITNESS LIST

1. Dominigue Jackson

2. Custodians of Records – A-1 Chiropractic Center
   *Annie L...lde to Sue* [handwritten]

3. Melinda Kent

4. Glen Kaun

5. Rob Varno

6. David Ross

7. All witnesses listed by Defendant not objected to by Plaintiff

8. All witnesses identified in discovery

9. All witnesses previously included in an earlier version of Plaintiff's Witness List

10. Rebuttal witnesses as necessary.

                                                                       Respectfully submitted,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 06-80360-CIV-HURLEY/HOPKINS

DOMINIQUE JACKSON,

        Plaintiff,

vs.

WALGREEN CO.,

        Defendant.

_____/

## DEFENDANT'S WITNESS LIST

**A.**    **Witnesses Defendant Expects To Present**

    1.    Robert Varno
           c/o Lori A. Brown, Esq.
           LITTLER MENDELSON, P.C.
           2 S. Biscayne Boulevard
           One Biscayne Tower, Suite 1500
           Miami, Florida 33131

    2.    Larry Kraemer
           c/o Lori A. Brown, Esq.
           LITTLER MENDELSON, P.C.
           2 S. Biscayne Boulevard
           One Biscayne Tower, Suite 1500
           Miami, Florida 33131

    3.    Glenn Kaun
           c/o Lori A. Brown, Esq.
           LITTLER MENDELSON, P.C.
           2 S. Biscayne Boulevard
           One Biscayne Tower, Suite 1500
           Miami, Florida 33131

**B.**    **Witnesses Defendant May Present**

    1.    Dominique Jackson

- 3 -

12. Records custodian and/or person with most knowledge regarding Plaintiff's medical records in the possession of Dr. Allen Sater.

13. Records custodian and/or person with most knowledge regarding records in the possession of the Florida Agency for Workforce Innovation related to Plaintiff's claim(s) for unemployment compensation benefits.

14. Records custodian and/or person with most knowledge regarding records in the possession of TALX UCM Services, Inc. related to Plaintiff's claim(s) for unemployment compensation benefits.

15. Records custodian and/or person with most knowledge regarding records in the possession of the Palm Beach County Office of Equal Opportunity related to Plaintiff's charge of discrimination.

16. Any witnesses listed by Plaintiff and not objected to by Defendant.

17. Any necessary impeachment and rebuttal witnesses.

DATED this 6th day of August, 2008.

                *s/ Gaye L. Huxoll*
                Scott A. Forman, Florida Bar No. 065950
                E-mail: sforman@littler.com
                Lori A. Brown, Florida Bar No. 846767
                E-mail: labrown@littler.com
                Gaye L. Huxoll, Florida Bar No. 149497
                E-mail: ghuxoll@littler.com
                LITTLER MENDELSON, P.C.
                2 S. Biscayne Boulevard, Suite 1500
                Miami, Florida 33131
                Tel: (305) 400-7500
                Fax: (305) 603-2552

                *COUNSEL FOR DEFENDANT*

Firmwide:86093845.1 046685.1034

JANICE L. JENNINGS, ESQ.
FBN: 0472352
Post Office Box 1013
West Palm Beach, FL 33402
(561) 687-8887 – Telephone
(561) 687-8187 – Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Witness List was provided on this _____ to Gaye Huxoll, Esq., LITTLER MENDELSON, LLC One Biscayne Tower Suite 1500, Two Biscayne Blvd. Miami, FL 33131 via regular U.S. Mail and facsimile transmission and the original to the Clerk of Court, 301 Clematis Street, West Palm Beach, FL 33401 for manual filing.

JANICE L. JENNINGS, ESQ.

14. In recent past there has been media attention about immigrants obtaining jobs in America and the consequences to the American-born worker. Do you hold any views about this that would make you uneasy about sitting on this jury or would cause you to be prejudiced for or against a particular side in this case?

15. Would you decide this case on its own facts regardless of the other case or cases on which you have sat in judgment?

16. Do any of you have a belief or hold a view that a foreign born Haitian should not be entitled the same benefits of a fair jury trial that an American citizen or resident is entitled to?

17. Would the fact that the Plaintiff is a foreign born Haitian make it more difficult for you to render a verdict in favor of the Plaintiff than if he were an American?

18. Do you feel that you would in any way be influenced by what you may have heard or seen on TV or read in the newspaper about other cases of this kind, or will you decide based solely on the evidence in this case?

19. Do any of you, for whatever reason, fell that you cannot return a verdict for the Plaintiff even if the evidence shows that the Plaintiff is entitled to it?

20. Is there any reason why you would be embarrassed to return a verdict in favor of the Plaintiff?

21. Do any of you feel you have been personally harmed because of the presence of any Haitian person(s) in this country?

22. Do any of you feel your children or other family members have been personally harmed because of a Haitian person in this country?

*Plaintiff's follow-up voir dire checked questions.* /s/ Hurley, J.

3

CLERK:
File this document
in the court file.
Judge Hurley

Respectfully submitted,

Janice L. Jennings, Esq.
Post Office Box 1013
West Palm Beach, FL 33402
(561) 687-8887 (Telephone)
(561) 687-8617 (Facsimile)

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was provided on this 3rd day of July 2008 to Gaye Huxoll and Lori Brown, Littler Mendelson, 2 Biscayne Blvd. One Biscayne Tower Suite 1500 Miami, FL 331310 and via E-Mail to ghuxoll@littler.com, labrown@littler.com and via facsimile transmission to fax number (305) 603-2552 and I further certify that I have filed this document via ____CM/ECF electronic filing/____ manual filing with the Clerk of this Court.

_____
JANICE L. JENNINGS

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

DOMINIGUE JACKSON,

          Plaintiff,

vs.

          Case No.:   06-30360-CIV-HURLEY/HOPKINS

WALGREEN COMPANY,

          Defendant.
_____/

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff, DOMINIGUE JACKSON, by and through his undersigned counsel, hereby submits to the Court proposed questions to be asked of each prospective juror in the above-referenced case.

1. Have you or any member of your family ever been employed by a Walgreen Company or at a Walgreen's store?

2. Are you, or any member of your family, acquainted with any person(s) so employed?

3. How do you now feel about the verdict in this case?

4. Have you or any member of your family ever been employed as a manager of a company or a manager in a corporation? If yes, give information regarding that type of managerial duties performed.

    [ Does that managerial experience make you feel either favorable or unfavorable toward the Plaintiff ?]

5. The Plaintiff in this case is a foreign born person from Haiti. We are in court today because he has presented a claim that Walgreen's unlawfully retaliated against him; do you feel that by reason of his nationality and the type of claim he has stated against Walgreen's that you might be influenced to decide this case in a certain way?

6. Do you have some fear that something might arise in the course of trial that might be related to your work or employer?

7. Do you have any feeling that the testimony of persons who are managers should be believed because of that status of being in management and that status alone?

8. Do you have any close friends who are engaged in any way with Walgreen?

9. Would the fact that the Defendant is from the Haiti make it more difficult for you to accept proof of the elements of the claim of retaliation, than it would be for you to accept such proof from any other plaintiff who is not of Haitian dissent?

10. Would the fact that you will hear that the Plaintiff was referred to as "Stupid Haitian", make you think less of the Plaintiff's intelligence or make it difficult for you to render a fair verdict on the retaliation claim in this case?

11. Do you believe that one person of minority status would not make a false statement against Plaintiff who is of a national origin of a different country, but also a minority?

12. Do you have **any** feelings of prejudice toward persons who are of the national origin of Haiti?

13. Do any of you believe that our system of justice has gone too far in protecting the rights of foreign born employees in trials in our civil courts.

*[handwritten: Bedow itz - complainant or victim. of discrimnl comp ? ]*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 06-80360-CIV-HURLEY/HOPKINS

DOMINIQUE JACKSON,

       Plaintiff,

vs.

WALGREEN CO.,

       Defendant.
_____/

## DEFENDANT'S *VOIR DIRE* QUESTIONS

1. Your full name and spelling of your last name.

2. City of residence (without address).

3. Marital status.

4. Children (number and ages).

5. Education level of children (type if graduate).

6. Your occupation and the occupations of your spouse/significant other (including those persons living with you), and children.

7. How long you, your spouse/significant other (including those persons living with you), and children have held your current employment position.

8. Any former position/occupation, if the above answer is less than two years.

9. Has any prospective juror ever worked in a supervisory capacity?

10. Has any prospective juror with supervisory experience ever had to terminate an employee? If so, describe the circumstances.

11. Has any prospective juror ever been terminated, laid-off or forced to resign from employment? If so, describe the circumstances.

12. Has any prospective juror ever felt that their working conditions were so intolerable that they had to resign their employment? If so, describe the circumstances.

Firmwide:85936343.1 046685.1034

*[Handwritten note: Circled questions + yellow what of defendant's follow-up voir questions.]*

*[Stamp: File this document in the court file. Judge Hurley]*

13. Has any prospective juror, or anyone who is a close friend or member of their immediate family, ever been involved with a harassment complaint at work? If so, please describe the dispute.

14. Has any prospective juror, or anyone who is close friend or member of their immediate family, ever raised a concern or complained to their employer about a workplace concern such as harassment, safety issue, rules violations, or other similar issues? If so, please describe what happened.

15. Have you or has any member of your immediate family been retaliated against on your job because you complained about discrimination or harassment?

16. Does any prospective juror feel a bias for or against large retail stores like Walgreens? If so, describe the bias.

17. Has any prospective juror ever worked for Walgreens?

18. Has any prospective juror ever been involved in a dispute with an employer or employee? If so, describe it.

19. Has any member of a prospective juror's immediate family, or a close friend of a prospective juror, been involved in a dispute with an employer or employee? If so, describe it.

20. Does any prospective juror believe that he or she has ever experienced discrimination in the workplace? If so, please explain.

21. Does any prospective juror believe that he or she has ever experienced harassment in the workplace? If so, please explain.

22. Has any member of a prospective juror's immediate family, or a close friend of a prospective juror, ever experienced discrimination or harassment in the workplace? If so, please explain what happened.

23. Has any member of a prospective juror's immediate family, or a close friend of a prospective juror, ever experienced retaliation? If so, for what were you being retaliated against.

24. Has any prospective juror, the juror's immediate family, or a close friend ever experienced an incident of retaliation in the workplace? If so, please describe the incident.

25. Does any prospective juror believe that he or she may be biased either for or against an individual who is suing a corporation?

26. Has anyone on the jury panel ever met or otherwise been acquainted with Domonique Jackson or his attorneys Janice Jennings or Jacob Rose? If so, please explain the relationship and whether the relationship would affect your ability to act as a fair and impartial juror in this case.

27. Has any member of the jury panel ever worked or applied for a position at

Walgreens? If so, please explain the work and state whether the work or application for work would affect your ability to be a fair and impartial juror in this case.

28. Has any member of the jury panel ever met or otherwise been acquainted with any member of counsel present today or their respective law firms?

29. Has any member of the jury panel ever met or otherwise been acquainted with any of the witnesses expected to testify in this matter? [READ LIST OF PLAINTIFF AND DEFENSE WITNESSES]

30. Have any of you filed charges of discrimination with the Equal Employment Opportunity Commission, state workers' compensation agency, state unemployment compensation agency, the National Labor Relations Board, or any other governmental agency? If so, please explain.

31. Have you or any member of your immediate family ever attempted or actually given evidence, deposition testimony, or live testimony in an administrative or court proceeding against your employer? If so, please explain.

32. Has any prospective juror or member of his or her immediate family ever made a claim or filed a lawsuit or had a claim or lawsuit filed against him or her? Has any such suit involved an employment dispute? If the answer to either of the above is yes, please describe.

33. If the answer to the preceding question is yes, does the prospective juror feel that the matter was satisfactorily disposed of?

34. Will the fact that the prospective juror has been involved in litigation affect his or her ability to be a fair and impartial juror in this case?

35. Does any prospective juror oppose the jury system of resolving disputes? (If so, parties respectfully request that the nature of the opposition be elicited outside the presence of the jury venire.)

36. What duties and obligations does an employee owe his/her employer?

37. What duties and obligations does an employer owe its employees?

38. Does anyone think that merely because a company failed to follow its own policies, it must have unlawfully discriminated or retaliated against an employee?

39. The media often claims that companies are only interested in profits and not people. Do any of you agree with the claim? If so, please explain.

40. Have any of you either filed a lawsuit, or known someone close to you to file a lawsuit, against their employer? If yes, for what reason?

41. If you were injured, emotionally, physically or financially, as a result of someone else's wrongdoing or fault, would you consider bringing a lawsuit?

42. Generally, do you think there should be limitations on a person's right to bring a lawsuit?

43. Do any of you believe that you or anyone close to you has ever been unfairly treated by an employer? If yes, please identify and explain the situation.

44. What clubs or organizations do you belong to?

45. Does anyone have a problem not awarding the Plaintiff any money if he does not meet his burden of proof?

46. Does anyone have a problem with the law requiring the Plaintiff to prove his case by a preponderance of the evidence before considering the amount, if any, of money to award?

47. Name the three people you admire most.

48. Are any of you members of a union? If so, what union?

49. Will the fact that the defendant is a business and will be represented by a law firm in any way influence your decision in this case? If so, please explain.

50. Please name the magazines and newspapers that you read most often.

51. Please indicate the primary source from which you get your news, i.e., radio, newspaper, television, and, if television, the specific television program.

52. In this case, Plaintiff claims that Walgreens retaliated against him by terminating his employment because he complained that he believed he had been discriminated against. This is not a case about race or national original discrimination, or retaliation for filing a claim for workers' compensation benefits, but you may hear some testimony relating to allegations of workplace discrimination or workers' compensation retaliation. Does anyone believe that they would be unable to follow the instructions in this case and make a determination solely as to the issue before you, which is whether Walgreens retaliated against Plaintiff for complaining about alleged discrimination, and not be swayed by any testimony or reference to such claims?

53. Do you agree to follow the law in which the judge instructs you and to follow the law precisely, regardless of whether you like the law or agree with it?

Are any of you currently members of a Union.

Are any of your spouses members of a Union

Anyone who not believe attendance important

Any other commitments that result in undue hardship to serve on jury.

I. **INFORMATION ABOUT YOURSELF**

What community or section of the county do you live in?

What is your educational background?

If you work outside the home, what is your occupation?

Have you served on a jury before?

> Civil or Criminal?
>
> Did the jury reach a verdict?
>
> Were you the foreperson?

Are you married? If so, does your spouse work outside the home? What does he/she do?

If you have grown children, what type of work do they do?

II. **INFORMATION ABOUT THE CASE**

Do you know any of the parties, lawyers or witnesses in the case?

**(OVER)**

*Questionnaire used in jury selection.*

*Jackson v. Walgreens,*
*06-80360*

*Hurley, J.*

CLERK:
File this documen
in the court file.
Judge Hurley

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# CASE NO. DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ BANKRUPTCY RECORD (all documents)
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☒ OTHER = Seating Chart, Jury Notes

# PLEASE REFER TO COURT FILE